IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY M. JOHNSON,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>ANTHONY KANE, Warden,<br><br>　　　　　Respondent. | No. C 06-04233 JW (PR)<br><br>ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY<br><br><br><br>(Docket No. 11) |

　　　This is a habeas case under 28 U.S.C. § 2254 filed pro se by a state prisoner challenging the denial of parole by the Board of Parole Hearings. The Court denied the petition for a writ of habeas corpus on September 28, 2009. Petitioner filed a notice of appeal and request for a certificate of appealability on October 6, 2009. (Docket No. 11.) The request of a certificate of appealability is DENIED as unnecessary because a state prisoner challenging the Board of Prison Hearings' administrative decision to deny his request for parole need not obtain a COA. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005).

　　　The clerk shall transmit the file, including a copy of this order, to the Ninth Circuit Court of Appeals. See Fed. R.App.P. 22(b); United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

DATED: October 19, 2009

JAMES WARE
United States District Judge

Order Denying COA
P:\PRO-SE\SJ.JW\HC.06\Johnson04233_coa.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOHNSON,<br><br>        Petitioner,<br><br>  v.<br><br>ANTHONY KANE, Warden,<br><br>        Respondent.<br>_____/ | Case Number: CV06-04233 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  10/26/2009 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marc Jonathan Zilversmit
Attorney at Law
523 Octavia Street
San Francisco, CA 94102

Dated:  10/26/2009

                                              Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk